MUTUAL AID & BENEFIT ASSOCIATION OF FORSTMANN & HUFFMANN EMPLOYEES, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 4372.

Circuit Court of Appeals, Third Circuit.

July 21, 1930.

Wall, Haight, Carey & Hartpence, of Jersey City, N. J. (Thomas G. Haight, of Jersey City, N. J., and Robert H. Montgomery, of Washington, D. C., of counsel) for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and Harvey R. Gamble, Sp. Asst. Attys. Gen. (Harvey R. Gamble, Gen. Counsel, Bureau of Internal Revenue, and Joe S. Franklin, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before BUFFINGTON and DAVIS, Circuit Judges, and AVIS, District Judge.

PER CURIAM.

While the facts of course are different, the principle involved in Bok v. McCaughn (C. C. A.) 42 F.(2d) 616, is decisive of this

case. The order of the Board of Tax Appeals will therefore be vacated and the case remanded for further proceedings in accord with this court's opinion in that case.